IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| KENNETH WILLIAM QUINLAN, | ) | |
| | ) | |
| Petitioner, | ) | Case No. CV 04-0224-S-MHW |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| RANDY BLADES, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

On August 3, 2006, the Court entered an Order dismissing this action with prejudice, with the exception of Petitioner's "as applied" ex post facto challenge regarding his inability to participate in rehabilitative classes allegedly necessary for parole eligibility in 2002. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Petitioner's case is DISMISSED.

DATED: **August 3, 2006**

Honorable Mikel H. Williams
United States Magistrate Judge

**JUDGMENT** 1